**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Natural Product Association** |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | **Natural Products Association** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **95-2376719** |

**4.  Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **440 1st Street, N.W.**<br>**Suite 520**<br>**Washington, DC 20001**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Columbia**<br>County | **Location of principal assets, if different from principal place of business**<br>Number, Street, City, State & ZIP Code |

**5.  Debtor's website (URL)**   **www.npanational.org**

**6.  Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify:

Debtor    **Natural Product Association**
_____    Case number (*if known*) _____
Name

| 7. | Describe debtor's business | A. *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

■ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
<u>  5419  </u>

---

| 8. | Under which chapter of the Bankruptcy Code is the debtor filing? | *Check one:* |

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

| 9. | Were prior bankruptcy cases filed by or against the debtor within the last 8 years? | ■ No. |
| | | ☐ Yes. |

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

| 10. | Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor? | ■ No |
| | | ☐ Yes. |

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

---

Debtor    **Natural Product Association**
　　　　　 Name

Case number *(if known)*

**11. Why is the case filed in this district?**

*Check all that apply:*

- ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.　Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

　 What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
　　　　　　　　　　　　　　　Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.　Insurance agency _____

　　　　　Contact name _____

　　　　　Phone _____

---

**▮ Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    **Natural Product Association**
          Name

Case number *(if known)*

---

| | **Request for Relief, Declaration, and Signatures** |

---

WARNING — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 19, 2019**
                MM / DD / YYYY

X _____
Signature of authorized representative of debtor

**Daniel Fabricant, Ph.D.**
Printed name

Title    **President and Chief Executive Officer**

**18. Signature of attorney**

X _____
Signature of attorney for debtor

Date    **August 19, 2019**
        MM / DD / YYYY

**Mark L. Desgrosseilliers 4083**
Printed name

**Chipman Brown Cicero & Cole, LLP**
Firm name

**Hercules Plaza**
**1313 North Market Street, Suite 5400**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone    **(302) 295-0192**    Email address    **desgross@chipmanbrown.com**

**4083 DE**
Bar number and State

## WRITTEN CONSENT OF THE BOARD OF DIRECTORS OF NATURAL PRODUCT ASSOCIATION IN LIEU OF A MEETING

August **14**, 2019

Pursuant to Section 141(f) of the General Corporation Law of the State of Delaware, the undersigned, being all of the members of the Board of Directors (the "**Board**") of Natural Product Association, a Delaware not for profit corporation, d/b/a Natural Products Association (the "**Company**"), in lieu of a special meeting of the Board, the notice and call of which is hereby waived, hereby consent to the adoption of the following resolutions for the Company, such resolutions to have the same force and effect as if they had been adopted at a formal meeting of the Board duly called and held for the purpose of acting upon proposals to adopt such resolutions:

**WHEREAS**, the Board has considered the financial and operational conditions of the Company; and

**WHEREAS**, the Board has reviewed, considered, and received the recommendation of senior management of the Company and the advice of the Company's professionals and advisors with respect to the options available to the Company, including the possibility of pursuing a restructuring or sale of the Company's business and assets under title 11 of the United States Code (the "**Bankruptcy Code**").

**NOW, THEREFORE, IT IS HEREBY RESOLVED**, that after consideration of the alternatives presented to it and the recommendations of senior management of the Company and the advice of the Company's professionals and advisors, the Board has determined in its business judgment that it is in the best interest of the Company, its creditors, interest holders, and other interested parties that a voluntary petition be filed by the Company seeking relief under the provisions of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "**Petition**"), and the filing of such Petition be, and it hereby is, authorized in all respects; and it is

**FURTHER RESOLVED**, that Daniel Fabricant Ph.D., such other or additional persons as designated by the Company, and any other officer or person designated hereby are appointed as authorized signatories and representatives in connection with the bankruptcy proceeding authorized herein (collectively, the "**Authorized Representative**"); and it is

**FURTHER RESOLVED**, that the Authorized Representative is authorized, directed, and empowered on behalf of the Company to execute and verify a Petition in the name of the Company under the Bankruptcy Code and to cause the same to be filed, in such form and at such time as the Authorized Representative shall determine; and it is

**FURTHER RESOLVED**, that the Authorized Representative, with full authority to act without others, hereby is authorized and directed to work with the Company's advisors to effectuate a restructuring under section 1129 of the Bankruptcy Code, or sale of substantially all of the Company's assets under section 363 of the Bankruptcy Code; and to file all necessary motions and papers in the United States Bankruptcy Court for the District of Delaware to obtain

approval of such restructuring or sale, according to the terms negotiated and approved by the Authorized Representative; and, in connection therewith, the Authorized Representative is hereby authorized and directed to execute appropriate agreements and related ancillary documents; and it is

FURTHER RESOLVED, that the Authorized Representative hereby is and any employees or agents (including counsel) designated by or directed by such Authorized Representative, be, and each hereby are, authorized and empowered to cause the Company and such of its affiliates as the Authorized Representative deems appropriate to enter into, to execute, deliver, certify, file, record, and perform such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates, or other documents, and to take such other actions, as in the judgment of such officer shall be necessary, proper, and desirable to prosecute to a successful completion the Company's case under chapter 11 of the Bankruptcy Code, to effectuate the restructuring of the Company's debt, other obligations, organizational form and structure, and ownership of the Company and its subsidiaries consistent with the foregoing resolutions and to carry out and put into effect the purposes of the foregoing resolutions, and the transactions contemplated by these resolutions, their authority thereunto to be evidenced by the taking of such actions; and it is

FURTHER RESOLVED, that the Authorized Representative hereby is authorized, directed, and empowered, on behalf of and in the name of the Company, to negotiate, execute, verify and file, or cause to be executed, verified, and filed (or direct others to do so on their behalf, as provided herein) all necessary documents, including, without limitation, all petitions, affidavits, schedules, motions, lists, applications, pleadings and other papers, and in that connection to employ and retain all assistance by legal counsel, financial advisors, accountants, or other professionals and to take any and all action that the Authorized Representative deems necessary and proper in connection with the bankruptcy case; and it is

FURTHER RESOLVED, that the Authorized Representative hereby is authorized and directed on behalf of and in the name of the Company to employ the law firm of Chipman Brown Cicero & Cole, LLP ("CBCC") as Delaware bankruptcy counsel to assist the Company in filing for relief under chapter 11 of the Bankruptcy Code and in carrying out the Company's duties under chapter 11 of the Bankruptcy Code, and the Authorized Representative of the Company is hereby authorized and directed to execute retention agreements, pay retainers prior to, immediately upon, and after the filing of the bankruptcy case, and to execute and cause to be filed an application for authority to retain CBCC as the Company's bankruptcy counsel; and it is

FURTHER RESOLVED, that the Authorized Representative hereby is authorized and directed on behalf of and in the name of the Company to employ the law firm of Squire Patton Boggs (US) LLP ("SPB") as bankruptcy counsel to assist the Company in filing for relief under chapter 11 of the Bankruptcy Code and in carrying out the Company's duties under chapter 11 of the Bankruptcy Code, and the Authorized Representative of the Company is hereby authorized and directed to execute retention agreements, pay retainers prior to, immediately upon, and after the filing of the bankruptcy case, and to execute and cause to be filed an application for authority to retain SPB as the Company's bankruptcy counsel; and it is

**FURTHER RESOLVED**, that the Authorized Representative hereby is authorized and directed to retain GlassRatner Advisory & Capital Group, LLC ("**GlassRatner**") as financial advisor to the Company, and the Authorized Representative is hereby authorized and directed to execute retention agreements, pay retainers prior to, immediately upon and after the filing of the bankruptcy case, and to execute and cause to be filed an application for authority to retain the services of GlassRatner as the Company's financial advisor; and it is

**FURTHER RESOLVED**, that the Authorized Representative hereby is authorized and directed to retain and employ any other professionals or consultants to the Company as are deemed necessary to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and in connection therewith, the Authorized Representative is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, if required, prior to, and immediately upon and after the filing of the bankruptcy case, and to execute and cause to be filed an application for authority to retain the services of such firms; and it is

**FURTHER RESOLVED**, that the Authorized Representative is authorized, directed, and empowered for and in the name and on behalf of the Company to amend, supplement, or otherwise modify from time to time the terms of any documents, certificates, instruments, agreements, or other writings referred to in the foregoing resolutions; and it is

**FURTHER RESOLVED**, that the Authorized Representative is authorized, directed, and empowered, in the name and on behalf of the Company to take or cause to be taken any and all such further action and to execute and deliver or cause to be executed or delivered, and when necessary or appropriate, file or cause to be filed with the appropriate governmental authorities or otherwise, all such further agreements, documents, reports, certificates, and undertakings and any amendments, supplements, or modifications thereto; and to incur and to pay all such fees and expenses and to engage such persons as in their judgment shall be necessary, appropriate, or advisable to effectuate the purpose and intent of any and all of the foregoing resolutions; and it is

**FURTHER RESOLVED**, that all instruments, agreements, certificates, consents, waivers, or other documents heretofore executed and delivered (or caused to be executed and delivered) and all acts lawfully done or actions lawfully taken by the Company, the Authorized Representative, or any officer or other duly authorized agent acting by or under the direction of the Authorized Representative, in connection with the bankruptcy case, or any matter related thereto, be, and hereby are, adopted, ratified, confirmed, and approved in all respects as the acts and deeds of the Company.

**IN WITNESS WHEREOF**, the undersigned being the Board of the Company hereby consents to and approves and adopts these resolutions as of the date set forth above.

This Written Consent may be executed in multiple counterparts, each of which will constitute an original, and all of which together will constitute one and the same instrument. A copy of this Written Consent signed and delivered by facsimile transmission will be considered an original, executed consent.

(Signature page follows.)

Mark LeDoux
Chairman of the Board of Directors
Natural Product Association

Fill in this information to identify the case:

Debtor name    **Natural Product Association**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    *Amended Schedule*
☒    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    *Other document that requires a declaration*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 19, 2019**                    X

Signature of individual signing on behalf of debtor

**Daniel Fabricant, Ph.D.**
Printed name

**President and Chief Executive Officer**
Position or relationship to debtor

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   Natural Product Association

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Brent D. Weickert c/o Callahan Thompson Sherman & Caudill 2601 Main Street Suite 800 Irvine, CA 92614 | Kathleen M. Hartman, Esquire (949) 261-2872 khartman@ctsclaw.com | Preliminary Arbitration Award | Contingent Unliquidated Disputed | | | $780,179.13 |
| DC Arena L.P. 601 F Street NW Washington, DC 20004 | Evan Waghelstein (202) 628-3200 ewaghelstein@monumentalsports.com | Trade | Contingent | | | $498,975.00 |
| Parry and Romani Associates, Inc. 517 C Street NE Washington, DC 20002 | Romano Romani (202) 547-4000 rr52@verizon.net | Professional Services | | | | $100,000.00 |
| Digidoc 510 Florida Avenue NW Washington, DC 20001 | Ezelle Wooden (202) 299-1011 ewooden@ps2g.us | Trade | | | | $19,620.00 |
| Jackson Lewis P.C. P.O.Box 416019 Boston, MA 02241 | Lloyd Oppong (617) 367-0025 lloyd.oppong@jacksonlewis.com | Professional Services | Disputed | | | $11,736.14 |
| Office Team 12400 Collections Center Drive Chicago, IL 60693 | Elliott Coyle (800) 5338435 elliott.coyle@officeteam.com | Trade | | | | $8,874.00 |
| The Keelen Group LLC P.O. Box 2016 Arlington, VA 22202 | Matt Keelen (202) 506-2061 mkeelen@keelengroup.com | Professional Services | | | | $8,000.00 |

Debtor   **Natural Product Association**                                          Case number *(if known)*
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, | Indicate if claim is contingent, unliquidated, | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Bloomberg 731 Lexington Avenue New York, NY 10022 | Patty Taylor (212) 318-2000 rptaylor@vwinc.com | Trade | Disputed | | | $6,746.49 |
| Gula Graham Group 499 South Capitol Street SW Suite 420 Washington, DC 20003 | Mike Gula (202) 863-1504 mike@gulagraham.com | Trade | | | | $5,000.00 |
| Aristotle International, Inc. 205 Pennsylvania Avenue, SE Washington, DC 20003 | Brittany Ashenfelter (800) 296-2747 brittany.ashenfelter@aristotle.com | Professional Services | | | | $3,216.66 |
| Armstrong Enterprise Communications 10389 Democracy Lane Fairfax, VA 22030 | Kieth Hunter (703) 691-4301 khunter@arment.com | Trade | | | | $3,088.00 |
| SalesEvolve Solutions Inc. 135 Cedar Cres. P.O. Box 341 New Dundee, Ontario N0B 2E0 | John MacLean (519) 804-1388 jmaclean@salesevolve.com | Trade | | | | $2,500.00 |
| Complete Network Integration P.O. Box 35354 Richmond, VA 23235 | Shane Fernandez (804) 330-0000 shane@cniit.com | Trade | | | | $2,500.00 |
| Eurofins Scientific, Inc. 1365 Redwood Way Petaluma, CA 94954 | Kent Rader (707) 792-7300 info@eurofinsus.com | Trade | | | | $2,189.00 |
| Minuteman Press 555 New Jersey Avenue, NW Washington, DC 20001 | Mark Callis (202) 347-6777 print@minutemanpress-dc.com | Trade | | | | $1,272.00 |
| NRI, Inc. P.O. Box 69178 Baltimore, MD 21264-9178 | Christine Hudson (410) 850-0730 chudson@nri-staffing.com | Trade | | | | $990.00 |
| Accrisoft Corporation P.O. Box 896543 Charlotte, NC 28289-6543 | Zachary Luke (704) 544-3330 zach.luke@accisoft.com | Trade | | | | $885.00 |
| Allied Telecom Group LLC 1400 Crystal Drive, Suite 700 Arlington, VA 22202 | Darren Miller (866) 595-9915 support@alliedtelecom.net | Utility | | | | $845.58 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor  **Natural Product Association**                                    Case number *(if known)*
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, | Indicate if claim is contingent, unliquidated, | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **PSAV** 5100 River Road Schiller Park, IL 60176 | **Shelton Woods** (877) 430-7728 swoods@psav.com | **Trade** | | | | $651.28 |
| **Comcast Corporation** P.O. Box 70219 Philadelphia, PA 19176-0219 | **Anne Aalders** (215) 286-1700 anne_aalders@cable.comcast.com | **Utility** | | | | $280.72 |

# United States Bankruptcy Court
## District of Delaware

In re    **Natural Product Association**

Debtor(s)

Case No. _____

Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

**-NONE-**

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President and Chief Executive Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **August 19, 2019**

Signature _____
**Daniel Fabricant, Ph.D.**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Delaware

In re  **Natural Product Association**

Debtor(s)

Case No.

Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for ___**Natural Product Association**___ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**August 19, 2019**

Date

**Mark L. Desgrosseilliers 4083**

Signature of Attorney or Litigant

Counsel for  **Natural Product Association**

**Chipman Brown Cicero & Cole, LLP**
**Hercules Plaza**
**1313 North Market Street, Suite 5400**
**Wilmington, DE 19801**
**(302) 295-0192 Fax:(302) 295-0199**
**desgross@chipmanbrown.com**

**United States Bankruptcy Court**
**District of Delaware**

In re   **Natural Product Association**

Debtor(s)

Case No.

Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX

I, the President and Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of

creditors is true and correct to the best of my knowledge.

Date:   **August 19, 2019**

Daniel Fabricant, Ph.D./President and Chief Executive Officer
Signer/Title

ACCRINET CORPORATION
PO BOX 896543
CHARLOTTE NC 28289-6543

ACCRISOFT CORPORATION
PO BOX 896543
CHARLOTTE NC 28289-6543

ADR SERVICES INC.
19000 MACARTHUR BLVD.
STE 550
IRVINE CA 92612

AEROTEK PROFESSIONAL SERVICES
3689 COLLECTION CENTER DR
CHICAGO IL 60693

ALLIED TELECOM GROUP LLC
1400 CRYSTAL DR
STE 700
ARLINGTON VA 22202

AMERICANS FOR NATURAL
PRODUCTS
PO BOX 26141
ALEXANDRIA VA  22313

ANSI-ASQ NATL. ACCREDITATION
BOARD
PO BOX 582
MILWAUKEE WI 53202

ARIANNE LINDSEY
781 CHESTNUT RIDGE RD
MORGANTOWN WV 26505

ARISTOTLE INTERNATIONAL INC.
205 PENNSYLVANIA AVE, SE
WASHINGTON DC  20003

ARIZONA NUTRITIONAL
SUPPLEMENTS
ATTN MICHAEL BEARDALL
6850 W MORELOS PL
CHANDLER AZ 85226-4216

ARMSTRONG ENTERPRISE COMM
10389 DEMOCRACY LN
FAIRFAX VA 22030

ARTHUR GALLAGHER RISK
MANAGEMENT SERVICES INC.
PO BOX 71164
CHICAGO IL 60694

ASAE: THE CENTER FOR ASSOC
LEADERSHIP
C/O SUNTRUST BANK
PO BOX 79263
BALTIMORE MD 21279

ASANA CREATIVE STRATEGY
1550 BRYANT ST
STE 200
SAN FRANCISCO CA 94103

BASF CORP
ATTN PREMAN CHATTERJEE
100 PARK AVE
FLORHAM PARK NJ 07932-1089

BEACON HILL STAFFING GROUP LLC
PO BOX  846193
BOSTON MA 02284

BEAST
PO 141251
DALLAS TX 75214

BLOOMBERG
731 LEXINGTON AVE
NEW YORK NY 10022

BLUE BOY DOCUMENT IMAGING
214 L ST NE
WASHINGTON DC 20002

BODYBUILDING.COM
ATTN JOHN VENARDOS
5777 N MEEKER AVE
BOISE ID 83713

BRENT D WEICKERT
660 VIA DEL SALINAS
PASO ROBLES CA 93446

CALLAHAN THOMPSON SHERMAN
& CAUDILL LLP
ATTN: KATHLEEN M HARTMAN
2601 MAIN ST STE 800
IRVINE CA 92614

CAPSTONE NUTRITION
ATTN ADAM ADELMAN
900 S DEPOT DR
OGDEN UT 84404-1300

CAPSUGEL
ATTN PETE ZAMBETTI
412 MT KEMBLE AVE
STE 200C
MORRISTOWN NJ 07960

CBD INDUSTRIES LLC
ATTN LANCE BLUNDELL
500 ARCHDALE DR
CHARLOTTE NC 28217-4217

CENTRIC BUSINESS SYSTEMS
PO BOX 75222
BALTIMORE MD 21275-5222

EMBASSY OF THE PEOPLE'S
REPUBLIC OF CHINA
3505 INTERNATIONAL PL NW
STE 110
WASHINGTON DC 20007

CHIPMAN BROWN CICERO & COLE
ATTN: MARK DESGROSSEILLIERS
1313 N MARKET ST
STE 5400
WILMINGTON DE 19801

CHRISTINE YEO
4200 N CARLIN SPRINGS RD
APT # 310
ARLINGTON VA 22203

CHROMADEX INC
ATTN FRANK JAKSCH
10005 MUIRLANDS BLVD
STE G
IRVINE CA 92618

COALITION FOR THE ADVANCEMENT
OF DIETARY SUPPLEMENTS
440 1ST ST NW
STE 520
WASHINGTON DC 20001

COLLEEN ROOD
2412 DEBORAH LN
ORANGE CA 92869

COMCAST
PO BOX 70219
PHILADELPHIA PA 19176-0219

COMPLETE NETWORK INTEGRATION
PO BOX 35354
RICHMOND VA 23235

COREY HILMAS
26 ROCK HOLLOW CT
ELKTON MD 21921

CORNER BAKERY
2700 PARK CENTRAL DR
STE 1300
DALLAS TX 75251

COUNCIL FOR RESPONSIBLE
NUTRITION
1828 L ST NW
STE 810
WASHINGTON DC 20036-5114

CQ-ROLL CALL INC
1625 I ST NW
STE 200
WASHINGTON DC 20006

CRAWFORD SOLUTIONS LLC
4815 S 190TH E AVE
TULSA OK 74134

CT CORPORATION
PO BOX 4349
CORAL STREAM IL 60197-4349

CT HEALTH SOLUTIONS LLC
6450 W APPIAN ST
HOMOSASSA FL 34446

CVENT
PO BOX 822699
PHILADELPHIA PA 19182-2699

DANIEL FABRICANT, PH D
625 POTOMAC RIVER DR
MCLEAN VA 22102

DANISCO USA INC
DBA DUPONT N & H
ATTN NICHOLAS KRUCZYNSKI
3329 ARGICULTURE DR

MADISON WI 53716
THE VITAMIN SHOPPE
ATTN DAVID MORRISON
300 HARMON MEADOW BLVD
SECAUCUS NJ 07094

DC ARENA LP
ATTN:  RICK MORELAND
601 F ST NW
WASHINGTON DC 20004

DC HEALTH LINK
PO BOX 97022
WASHINGTON DC 20009

DEWEY SQUARE GROUP LLC
PO BOX 60340
CHARLOTTE NC 28260-0340

DIGIDOC
510 FLORIDA AVE NW
WASHINGTON DC 20001

DOUG NISSINOFF
12201 NW 29 MANOR
SUNRISE FL 33323

DRAKE SOREY PHOTOGRAPHER
1850 PATTON TER
MCLEAN VA 22101

EAGLE BANK CARDMEMBER SVCS
PO BOX 790408
ST LOUIS MO 63179-0408

SOUTHTOWN HEALTH FOODS
ATTN EMIL MAHLER
2100 W 95TH ST
NO 1118
CHICAGO IL 60643

EMPLOYERS PREFERRED INS CO
PO BOX 53089
PHOENIX AZ 85072-3089

EUROFINS SCIENTIFIC INC
1365 REDWOOD WAY
PETALUMA CA 94954

FARMACEUTICAL PARTNERS LLC
125 HIGHWAY 75
BLOUNTVILLE TN 37617

FEDEX
PO BOX 371461
PITTSBURGH PA 15250-7461

FEDEX OFFICE
CUSTOMER ADMIN SVCS
PO BOX 672085
DALLAS TX 75267-2085

FELIX KANG
24331 TOPONAS CT
LAGUNA NIGUEL CA 92677

FIDELIS GOVERNMENT RELATIONS
9911 COLEY DR
HUNTERSVILLE NC 28078

FIRST POTOMAC REALTY TRUST
PO BOX 824877
PHILADELPHIA PA 19182-4877

FORD AGENCY 1660 L ST NW
STE 200
WASHINGTON DC 20036

FRANCHISE TAX BOARD
EXEMPT ORG UNIT MS F120
PO BOX 1286
RANCHO CORDOVA CA 95741-1286

GABRIEL COSMETICS INC
PO BOX 409
REDMOND WA 98073

GENERAL NUTRITION CORPORATION
ATTN DAVID SULLIVAN
300 SIXTH AVE
PITTSBURGH PA 15222-2514

GESUNDHEIT NUTRITION CENTER
2855 N 19TH AVE
STE N
BOZEMAN MT 59718

GETGO INC
PO BOX 50264
LOS ANGELES CA 90074-0264

GLANBIA PERFORMANCE NUTRITION
ATTN KEN STRICK
5901 NW BROKEN SOUND PKWY
STE 600
BOCA RATON FL 33487-2784

GLASSRATNER ADVISORY
& CAPITAL GROUP LLC
ATTN:  WAYNE WEITZ
299 PARK AVE 21ST FL
NEW YORK NY 10171

GREAT AMERICAN INS CO
PO BOX 89400
CLEVELAND OH 44101

GREATAMERICA FIN SVCS
625 FIRST ST SE
PO BOX 609
CEDAR RAPIDS IA 52401

GULA GRAHAM GROUP
499 CAPITOL ST SW
STE 420
WASHINGTON DC 20003

HARVEY KAMIL
2100 SMITHTOWN AVE
RONKONKOMA NY 11779

HDMK
1401 H ST NW
STE 1075
WASHINGTON DC 20005

HEATHER LOUISE FINCH
770 MAINE AVE SW
APT 406
WASHINGTON DC 20024-2590

HIGHER LOGIC
LOCATION 111
PO BOX 645579
PITTSBURGH PA 15264

HW ADVOCATES
12110 SUNSET HILLS RD
6TH FL
RESTON VA 20190

INFORMZ
19 RAILROAD PL
STE 301
SARATOGA SPRINGS NY 12866

INTERNATIONAL VITAMN CORP
ATTN STEVE ROSENMAN
500 HALLS MILL RD
FREEHOLD NJ 07728

JACKSON LEWIS PC
PO BOX 416019
BOSTON MA 02241

JAMS
1925 CENTURY PARK E
STE 1400
LOS ANGELES CA 90067

JENNA MOTA MELVILLE
3800 NEW HAMPSHIRE AVE
APT 308
WASHINGTON DC 20011

NUTRITION 21 LLC
ATTN JOSEPH WEISS
1 MANHATTANVILLE RD
STE 104
PURCHASE NY 10577-2129

JOHN K TURK
1301 15TH ST NW
APT 805
WASHINGTON DC 20005

JOHN MODERO
900 N RANDOLPH ST
APT 1716
ARLINGTON VA 22203

JOY AKINS
2153 SAN MICHEL DR
UNIT E
COSTA MESA CA 92627

KAP PRINT LLC
812 SAN ANTONIO ST
AUSTIN TX 78701

KASTLE SYSTEMS LLC
PO BOX 75151
BALTIMORE MD 21275

KGK SCIENCE INC
ATTN BIBIANE ZAKARIA
ONE LONDON PL STE 1440
255 QUEENS AVE
LONDON ONTARIO N6A 5R8
CANADA

KRISTIN REPASS
60 L ST NE
APT 1423
WASHINGTON DC 20002

KRISTOPHER JOLIN
215 CENTURY PL
APT 1210
ALEXANDRIA VA 22304

KWC
5270 SHAWNEE RD
NO 250
ALEXANDRIA VA 22312

LASER LINE
7146 MONTEVIDEO RD
JESSUP MD 20794

LESLI HAIMS
6600 COMET CIR
APT 112
SPRINFIELD VA 22150

LOGMEIN USA INC
PO BOX 50264
LOS ANGELES CA 90074

LONZA INC
LINDA POWELL
70 TYLER
SOUTH PLAINFIELD NJ 07080

LYNCH & FIERRO LLP
6 BEACON ST
STE 425
BOSTON MA 02108

MADISON LAW APC
17702 MITCHELL N
IRVINE CA 92614

MATT GREGORY
PO BOX 13489
DURHAM NC 27701

METLIFE GROUP BENEFITS
PO BOX 804466
KANSAS CITY MO 64180-4466

METROPOLITAN LIFE INS CO
811 MAIN ST
7TH FL
KANSAS CITY MO 64105-2005

MITSUBISHI GAS CHEMICAL
AMERICA INC
ATTN SHOJI MATSUKAWA
655 THIRD AVE STE 19
NEW YORK NY 10017-5621

MGM NATIONAL HARBOR LLC
ATTN:  TONIE GREENE
101 MGM AVE
NATIONAL HARBOR MD 20745

MGM RESORTS INTERNATIONAL
PO BOX 748137
LOS ANGELES CA 90074-8137

MICHAEL HARRELL
2900 MAIN LINE BLVD
APT 451
ALEXANDRIA VA 22301

MINUTEMAN PRESS
555 NEW JERSEY AVE NW
WASHINGTON DC 20001

MITSUBISHI GAS CHEMICAL
AMERICA INC
ATTN SHOJI MATSUKAWA
655 THIRD AVE STE 19
NEW YORK NY 10017-5621

MOI INC
2923 LORD BALTIMORE DR
BALTIMORE MD 21244

MORGAN STANLEY WEALTH MGT
ATTN JEFFREY R. MCKEE
410 SEVERN AVE
STE 211
ANNAPOLIS MD 21403

NAI-NATURAL ALTERNATIVE INTL
INC
1535 FARADAY AVE
CARLSBAD CA 92008

NATURAL ALTERNATIVES
MARK LEDOUX
1535 FARADAY AVE
CARLSBAD CA 92008

NATURAL FOOD STORE LLC
21 HOPE ST
NIANTIC CT 06357

NATURAL PRODUCTS CONSUMER
GRP FORUM
440 1ST ST NW
STE 520
WASHINGTON DC 20001

NATURES WAY BRANDS
ATTN TRAVIS BORCHARDT
825 CHALLENGER DR
GREENBAY WI 54311-8328

THE NATURES BOUNTY CO
ATTN AMY VON WALTER
2100 SMITHTOWN AVE
RONKONKOMA NY 11779-7347

NIMIT MEHTA
100 PARK AVE
FLORHAM PARK NJ 07932

NOW FOODS
ATTN JIM EMME
395 GLEN ELLYN RD
BLOOMINGDALE IL 60108-2176

NPA PAC
440 1ST ST NW
STE 520
WASHINGTON DC 20001

NRI STAFFING
1900 L ST NW
STE 725
WASHINGTON DC 20036

NUTRABOLT
ATTN MICHAEL DIMAGGIO
3891 S TRADITIONS DR
BRYAN TX 77807-7595

OMNIACTIVE HEALTH
TECHNOLOGIES INC
ATTN JOHAN KAMPHUIS
67 E PARK PL
STE 500
MORRISTOWN NJ 07960-7138

PARRY AND ROMANI ASSC INC
517 C ST NE
WASHINGTON DC 20002

PAYCHEX
911 PANORAMA TRL S
SOUTH ROCHESTER NY 14625

POLITICO
1000 WILSON BLVD
8TH FL
ARLINGTON VA 22209

PORZIO BROMBERG & NEWMAN PC
100 SOUTHGATE PKWY
PO BOX 1997
MORRISTOWN NJ 07962-1997

PRESTON PARRY
821 MARYLAND AVE NE
WASHINGTON DC 20002

PREVAILING STRATEGIES
8829 VALLEY CREEK DR
LAS VEGAS NV 89134

PRINCIPAL FINANCIAL GROUP
711 HIGH ST
DES MOINES IA 50392

PROTECH ASSOCS INC
5457 TWIN KNOLLS RD
STE 400
COLUMBIA MD 21045

PSAV
5100 RIVER RD
SCHILLER PARK IL 60176

PTL INS BROKERS INC
1345 CENTER COURT DR
COVINA CA 91724

RACKSPACE US INC
1 FANATICAL PL
CITY OF WINDCREST
SAN ANTONIO TX 78218

RAMPY NORTHRUP LLC
1390 CHAIN BRIDGE RD
NO 455
MCLEAN VA 22101

RED LAND STRATEGY INC
519 8TH AVE
16TH FL
NEW YORK NY10018-4578

REGISTERED AGENT SOLUTIONS INC
1701 DIRECTORS BLVD
STE 300
AUSTIN TX 78744

RH OFFICE TEAM
OFFICE TEAM
12400 COLLECTIONS CENTER DR
CHICAGO IL 60693

RIDGEWELLS CATERING
5525 DORSEY LN
BETHESDA MD 20816

ROBERT HALF
2884 SAND HILL RD
MENLO PARK CA 94025

ROGERS & COMPANY PLLC
8300 BOONE BLVD
STE 600
VIENNA VA 22182

RYAN FLOOD
1111 ARLINGTON BLVD
APT 1011
ARLINGTON VA 22209

SALES EVOLVE SOLUTIONS INC
135 CEDAR CRES
NEW DUNDEE ONTARIO N0B 2E0
CANADA

SENATOR ORRIN G. HATCH (RET)
241 N VINE ST
WEST SALT LAKE CITY UT 84103

SKYLINE METRO DC
44225 MERCURE CIR
STE 110
DULLES VA 20166

SOCIAL DRIVER
1030 15TH ST NW
STE 1050W
WASHINGTON DC 20005

SP PLUS CORPORATION
PO BOX 790402
ST LOUIS MT 63179-0402

SQUIRE PATTON BOGGS LLP
ATTN MARK SALZBERG
2550 M ST NW
WASHINGTON DC 20037

STEPHANIE SWANSON
440 1ST ST NW
STE 520
WASHINGTON DC 20001

STEPHEN SULLIVAN
8502 16TH ST
APT G21
SILVER SPRING MD 20901

TATE & TYRON
ATTN DANTE WILLIAMS
2021 L ST NW
STE 400
WASHINGTON DC 20036

THE FORD AGENCY
1660 L ST NW
STE 200
WASHINGTON DC 20036

THE KEELEN GROUP LLC
PO BOX 2016
ARLINGTON VA 22202

THE RMR GROUP LLC
11 DUPONT CIR NW
STE 775
WASHINGTON DC 20036

TRACE MINERALS RESEARCH LLC
1996 W 2200
OGDEN UT 84401

TROY BRADFORD
625 POTOMAC RIVER RD
MCLEAN VA 22102

TRUE NATURE GROUP INC
13611 NE 126TH PL
KIRKLAND WA 98034

US BANK EQUIPMENT FINANCE
PO BOX 790448
ST LOUIS MO 63179

UPSTREAM CONSULTING
300 NEW JERSEY AVE NW
STE 900
WASHINGTON DC 20001

VAN SCOYOC ASSOC
800 MAINE AVE SW
STE 800
WASHINGTON DC 20024

VISION SERVICE PLAN
PO BOX 742788
LOS ANGELES CA 90074-2788

WALKER MARTIN & HATCH LLC
321 D ST NE
WASHINGTON DC 20002

WALSH NATURAL HEALTH LLC
2116 1/2 CENTRAL ST
EVANSTON IL 60201

WEST UNIFIED COMM SVCS INC
PO BOX 409573
ATLANTA GA 30384-9573

WESTERN LITHOGRAPHICS
3187-B AIRWAY AVE
COSTA MESA CA 92626

WILLIAM STEWART PHOTOGRAPHY
2912 2ND STREET N
ARLINGTON VA 22201

NATURAL PRODUCTS FOUNDATION
440 1ST ST NW
STE 520
WASHINGTON DC 20001