# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**NATURAL** PRODUCT ASSOCIATION,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 19-11849 (JTD)<br><br>Related Docket Nos. 1, 3, 4, 5, 6 and 13 |

### *AMENDED* NOTICE OF FILING OF BANKRUPTCY PETITION AND RELATED PLEADINGS; NOTICE AND AGENDA OF HEARING ON FIRST DAY MOTIONS SCHEDULED FOR AUGUST 20, 2019 AT 11:00 A.M. (*PREVAILING* EASTERN TIME)

**PLEASE TAKE NOTICE** that on August 19, 2019, the above-captioned debtor and debtor-in-possession (the "**Debtor**") filed a voluntary petition (the "**Petition**") for relief under chapter 11 of title 11 of the United States Code, as set forth below:

A. **Voluntary Petition.**

    1.    **Natural** Product Association (Docket No. 1; Case No. 19-11849 (JTD))

B. **First Day Pleadings.**

**PLEASE TAKE FURTHER NOTICE** that in addition to the filing of its Petition, the Debtor has filed the following first-day motions and related pleadings (collectively, the "**First Day Motions**"):

    1.    Debtor's Motion for Entry of Interim and Final Orders (a) Authorizing the Continued Use of the Debtor's Cash Management System and (b) Extending the Time to Comply with the Requirements of Section 345(b) of the Bankruptcy Code [Docket No. 3]

    2.    Debtor's Motion for Entry of Interim and Final Orders (i) Authorizing the Debtor to (a) Pay Certain Prepetition Wages, Salaries, Benefits, and Other Compensation, and (b) Maintain Employee Benefits Programs and Pay Related Obligations, and (ii) Granting Related Relief [Docket No. 4]

---

[1] The Debtor in this case, along with the last four digits of the federal tax identification number, is **Natural** Product Association (6719). The Debtor's headquarters are located at 440 1st Street N.W., Suite 520, Washington, DC 20001.

    3.    Debtor's Motion for the Entry of Interim and Final Orders (i) Authorizing the Debtor's Proposed Form of Adequate Assurance of Payment, (ii) Establishing Procedures for Resolving Objections by Utility Companies, and (iii) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service [Docket No. 5]

**C.    First Day Declaration.**

**PLEASE TAKE FURTHER NOTICE** that, in addition to the filing of its Petition and First Day Motions, the Debtor has filed:

    1.    Declaration of Daniel Fabricant, Ph.D. in Support of Chapter 11 Petition and First Day Pleadings [Docket No. 6]

**PLEASE TAKE FURTHER NOTICE** that a hearing (the "**First Day Hearing**") with respect to the First Day Motions is scheduled for **August 20, 2019 at 11:00 a.m. (*prevailing* Eastern Time)** before the Honorable John T. Dorsey at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Court Room 4, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that any and all objections to the First Day Motions may be made at the First Day Hearing.

Dated:  August 19, 2019
       Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ Mark L. Desgrosseilliers*
Mark L. Desgrosseilliers (No. 4083)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:     (302) 295-0192
Facsimile:     (302) 295-0199
Email:     desgross@chipmanbrown.com

    and

**Squire Patton Boggs (US) LLP**
Mark A. Salzberg (*pro hac vice* pending)
Christopher J. Giaimo (*pro hac vice* pending)
Jeffrey N. Rothleder (*pro hac vice* pending)
2550 M Street, NW
Washington, DC 20037
Telephone:     202-457-6000
Facsimile:     202-457-6315
Email:     mark.salzberg@squirepb.com
          christopher.giaimo@squirepb.com
          jeffrey.rothleder@squirepb.com

*Proposed Counsel to the Debtor and Debtor-in-Possession*