UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re: Natural Products Association
Debtor

Case No. 19-11849
Reporting Period: 1/1/2020 - 1/31/2020

## MONTHLY OPERATING REPORT
File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | n/a | | X |
| Schedule of Professional Fees Paid | MOR-1b | X | | |
| Copies of bank statements | | n/a | | X |
| Cash disbursements journals | | n/a | | X |
| Statement of Operations | MOR-2 | X | | |
| Balance Sheet | MOR-3 | X | | |
| Status of Postpetition Taxes | MOR-4 | X | NONE | |
| Copies of IRS Form 6123 or payment receipt | | n/a | | X |
| Copies of tax returns filed during reporting period | | | NONE FILED | |
| Summary of Unpaid Postpetition Debts | MOR-4 | X | | |
| Listing of aged accounts payable | MOR-4 | X | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | NONE | |
| Debtor Questionnaire | MOR-5 | X | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

Signature of Debtor          Date 2/24/20

Signature of Joint Debtor    Date

Signature of Authorized Individual*    Date

Printed Name of Authorized Individual: Fabricant, Daniel
Title of Authorized Individual: CEO/President

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

The information contained herein is provided to fulfill the requirements of the Office of the United States Trustee. All information is unaudited, subject to further adjustment, and not prepared in strict accordance with accounting principles generally accepted in the United States of America.

MOR (04/07)

| | |
|---|---|
| **In re: Natural Products Association** | **Case No. 19-11849** |
| Debtor | **Reporting Period:** 1/1/2020 - 1/31/2020 |

**GENERAL NOTES**

**BANK RECONCILIATIONS**
In lieu of providing copies of the bank statements, journals, and account reconciliations, the Debtor attests that each of the above bank accounts is reconciled to the corresponding bank statements.

**PAYROLL TAXES**
In lieu of providing copies of IRS Form 6123 or payment receipts, the Debtor attests that all payroll tax payments have been made by Electronic Funds Transfer to the Internal Revenue Service on a timely basis.

**PROJECTED CASH (MOR-1):**
Original cash projections as included in the filed Intial Operating report incldued ONLY the debtor's Operating Account.
Amounts refelcted in this report include BOTH the Debtors Operating account and its Investment/Brokerage Account.

**Budgeted Amounts**
Initial Operating Report ("IOR") filed with the Court at the outset of the case contained a budget that went through November 2019.
For purposes of this Monthly Operating Report and those filed in the future we have assumed the Monthly Budgeted Amounts
for receipts and disbursements are equak to the actual receipts and disbursements.
Further as of the filing of the December 2019 MOR, this case is set for hearing on dismissal.

**Miscellaneous Expenses:**
Amounts paid from brokerage account, totaling $564,276, are in relation to an approved settlement with a creditor. (See Docket #179)

| In re: Natural Products Association | Case No. 19-11849 |
|---|---|
| Debtor | Reporting Period: 1/1/2020 - 1/31/2020 |

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1) . Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
|---|---|---|---|---|---|---|---|
| | OPER. | Brokerage | Util. Deposit | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| **Beginning cash** | $227,456 | $2,423,074 | $590 | $2,651,120 | $2,651,120 | $2,600,699 | 110,500 |
| | | | | | | | |
| **RECEIPTS** | | | | | | | |
| Membership Dues / Program Fees | $545,432 | | | $545,432 | $545,432 | 1,612,781 | 1,614,234 |
| Miscellaneous Income | | | | $0 | $0 | 2,130 | 0 |
| Net Change in Investment Account | | 2,561 | | $2,561 | $2,561 | 62,496 | 40,847 |
| TRANSFERS | | | | $0 | $0 | 127,697 | 0 |
| TOTAL RECEIPTS | $545,432 | $2,561 | $0 | $547,994 | $547,994 | $1,805,104 | $1,655,081 |
| | | | | | | | |
| **DISBURSEMENTS** | | | | | | | |
| NET PAYROLL | 48,388 | | | $48,388 | $48,388 | 309,118 | 294,444 |
| PAYROLL TAXES | 37,948 | | | $37,948 | $37,948 | 116,308 | 132,411 |
| PERSONNEL EXPENSES | 11,605 | | | $11,605 | $11,605 | 21,848 | 14,906 |
| PAYROLL PROCESSING | 451 | | | $451 | $451 | 2,040 | 2,521 |
| 401k Contributions | 5,058 | | | $5,058 | $5,058 | 10,618 | 23,596 |
| BANK FEES | 2,412 | | | $2,412 | $2,412 | 10,651 | 10,653 |
| LOBBYING EXPENSES | 59,604 | | | $59,604 | $59,604 | 174,411 | 149,604 |
| IT EXPENSES | 8,087 | | | $8,087 | $8,087 | 26,116 | 55,832 |
| OFFICE EXPENSES | 49,646 | | | $49,646 | $49,646 | 87,800 | 80,299 |
| SPECIAL EVENTS AND ACTIVITIES | 21,926 | | | $21,926 | $21,926 | 237,923 | 105,224 |
| RENT | 21,775 | | | $21,775 | $21,775 | 108,875 | 153,325 |
| ACCOUNTING | | | | $0 | $0 | 30,000 | 56,250 |
| LEGAL | | | | $0 | $0 | 100,000 | 170,000 |
| PUBLIC RELATIONS | 1,065 | | | $1,065 | $1,065 | 12,019 | 43,565 |
| PROFESSIONAL SERVICES | | | | $0 | $0 | 2,873 | 0 |
| BK PROFESSIONAL FEES - FA to Debtor | 11,129 | | | $11,129 | $11,129 | 33,209 | 173,209 |
| BK PROFESSIONAL FEES - Legal | 160,237 | | | $160,237 | $160,237 | 202,034 | 480,237 |
| MISCELLANEIOUS | 16,568 | 564,726 | | $581,294 | $581,294 | 595,243 | 590,671 |
| TAX & LICENSE | | | | $0 | $0 | 13,650 | 0 |
| TRANSFERS | | | | $0 | $0 | 127,704 | 0 |
| U.S. TRUSTEE FEES | 1,950 | | | $1,950 | $1,950 | 6,825 | 18,200 |
| TOTAL DISBURSEMENTS | $457,849 | $564,726 | $0 | $1,022,576 | $1,022,576 | $2,229,265 | $2,554,948 |
| | | | | | | | |
| NET CASH FLOW | $87,583 | ($562,165) | $0 | ($474,582) | ($474,582) | ($424,161) | ($899,867) |
| (RECEIPTS LESS DISBURSEMENTS) | | | | | | | |
| | | | | | | | |
| **CASH - END OF MONTH** | $315,039 | 1,860,909 | $590 | $2,176,538 | $2,176,538 | $2,176,538 | ($789,367) |

### THE FOLLOWING SECTION MUST BE COMPLETED

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES:  (FROM CURRENT MONTH ACTUAL COLUMN) | |
|---|---|
| **TOTAL DISBURSEMENTS** | $1,022,576 |
| LESS:  TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | 0 |
| PLUS:  ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES  (i.e. from escrow accounts) | 0 |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | $1,022,576 |

MOR
(04/07)

**In re:** Natural Products Association  
Debtor

**Case No. 19-11849**  
**Reporting Period: 1/1/2020 - 1/31/2020**

## BANK RECONCILIATIONS
**Continuation Sheet for MOR-1**

|  | Operating | Brokerage | Utility Deposit |
|---|---:|---:|---:|
| **BALANCE PER BOOKS** | $315,039 | $1,860,909 | $590 |

See General Notes regarding bank reconciliations

MOR  
(04/07)

**In re:** Natural Products Association                 **Case No. 19-11849**
       Debtor                 **Reporting Period:** 1/1/2020 - 1/31/2020

### SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID
This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved | Payor | Amount Paid Fees | Amount Paid Expenses | Petition-To-Date Fees | Petition-To-Date Expenses |
|---|---|---|---|---|---|---|---|
| Squire Patton Boggs | 8/19/19 - 12/31/19 | 224,857.55 | Natural Products Assoc. | 62,051.62 | $18,893.38 | 103,060.02 | 19,682.25 |
| GlassRatner Advisory & Capital G | 8/19/19 - 12/31/19 | 39,332.30 | Natural Products Assoc. | 11,118.20 | 10.50 | 33,108.70 | 100.30 |
| Chipman Brown | 8/19/19 - 12/31/19 | 79,291.99 | Natural Products Assoc. | 60,288.40 | 19,003.59 | 120,576.80 | 38,007.18 |
| | | | | | | | |
| **Total** | | **343,481.84** | | **133,458.22** | **37,907.47** | **256,745.52** | **57,789.73** |

MOR
(04/07)

Natural Products Association - Post
Statement of Financial Position
January 31, 2020

|  | 1/31/2020 |
|---|---:|
| **Assets** | |
| Cash | |
|   Cash Eagle Bank 0034 - NPA | 318,662 |
|   Eagle Bank - Ultility Deposit Account | 590 |
| Total Cash | 319,252 |
| Investments | 1,860,908 |
| | |
| Prepaid Expenses | 100,518 |
| | |
| Fixed Assets | |
|   Furniture & Equipment | 457,548 |
|   Accumulated Depreciation | (384,882) |
| Total Fixed Assets | 72,666 |
| | |
| Deposits | 59,364 |
| **Total Assets** | **2,412,708** |
| | |
| **Liabilities and Net Assets** | |
| Accounts Payable | 657,901 |
| Settlement Payable | 215,453 |
| Accounts Payable - Post Petition | 44,169 |
| Credit Card Liability | 0 |
| Due to SSCI | 269,149 |
| Employee 401K Savings | 0 |
| Vacation Payable | 49,903 |
| Refunds Pending | 897 |
| Unapplied Revenue | 125,815 |
| Due to related entity | 32,310 |
| Deferred Membership Dues | 903,918 |
| Deferred Rent Liabilty | 53,658 |
| Total Liabilities | 2,353,173 |
| | |
| Net Assets | |
|   Unrestricted Board Designated | 3,794,118 |
|   Unrestricted Undesignated | (3,734,583) |
| Total Net Assets | 59,535 |
| **Total Liabilities and Net Assets** | **2,412,708** |

**These financial statements have not been subjected to an audit, review or compilation. Therefore, no assurance is provided on them. SeeNotes for any known GAAP departures and supplemental schedules**

## Natural Products Association - Post
## Statement of Activities - Summary
## For the period ending January 31, 2020

ACCRUAL

|  | Year to Date 1/31/2020 |
|---|---:|
| **Operating** | |
| **Revenue** | |
| Membership Dues | $ 524,191 |
| Royalties | $ 4,195 |
| License/Registration Fees | $ 10 |
| Donations | $ 9,299 |
| Miscellaneous Revenues | |
| Miscellaneous Revenues | $ 5,538 |
| Total Revenue | $ 543,233 |
| | |
| **Expenses** | |
| Personnel Expenses | $ 115,661 |
| Professional Services | $ 244,360 |
| Public Relations | $ 1,085 |
| Office Expenses | $ 49,514 |
| Activities | $ 19,376 |
| Insurance, Interest, and Bank Fees | $ 2,355 |
| Total Expenses | $ 432,352 |
| Operating, Net | $ 110,880 |
| | |
| **Reserve Account Activity** | |
| Dividends | $ 2,561 |
| Gain/Loss on Sale of Assets | $ - |
| Unrealized Gains/Losses | $ - |
| Investment Advisory Fee | $ - |
| Total Reserve Account Activity | $ 2,561 |
| Total Change in Net Assets | $ 113,442 |

**These financial statements have not been subjected to an audit, review or compilation. Therefore, no assurance is provided on them. SeeNotes for any known GAAP departures and supplemental schedules**

| In re: Natural Products Association | Case No. 19-11849 |
|---|---|
| Debtor | Reporting Period: #REF! |

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | $0 | $0 | $0 | | | $0 |
| FICA-Employee | 0 | 0 | 0 | | | $0 |
| FICA-Employer | 0 | 0 | 0 | | | $0 |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other:_____ | | | | | | |
| Total Federal Taxes | $0 | $0 | $0 | | | $0 |
| **State and Local** | | | | | | |
| Withholding | $0 | $0 | $0 | | | $0 |
| Sales | | | | | | |
| Excise | | | | | | $0 |
| Unemployment | | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other:_____ | | | | | | |
| Total State and Local | | | | | | |
| **Total Taxes** | $0 | $0 | $0 | | | |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable. **(SEE ATTACHED)**

| | \multicolumn{5}{c}{Number of Days Past Due} | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | | | SEE ATTACHED | | | $44,169 |
| Wages Payable | | | | | | 0 |
| Taxes Payable | | | | | | 0 |
| Rent/Leases-Building | | | | | | 0 |
| Rent/Leases-Equipment | | | | | | 0 |
| Secured Debt/Adequate Protection Payments | | | | | | 0 |
| Professional Fees | | | | | | 0 |
| Amounts Due to Insiders* | | | | | | 0 |
| Other:_____  _____ | | | | | | 0 |
| Other:_____  _____ | | | | | | 0 |
| Other:_____  _____ | | | | | | 0 |
| **Total Postpetition Debts** | | $0 | $0 | $0 | $0 | $0 |

**Explain how and when the Debtor intends to pay any past-due postpetition debts.**

*"Insider" is defined in 11 U.S.C. Section 101(31).

**In re: Natural Products Association**　　　　　　　　　　　　　　　　　　　　　　Case No. 19-11849

## Aged Accounts Payable          As of:    1/31/2020

| Vendor | Date | Due Date | Aging | Open Balance | Coding |
|---|---|---|---|---|---|
| Armstrong Enterprise Comm | 9/3/2019 | 9/3/2019 | 151 | $772.00 | 6500 Website |
| FedEx | 9/3/2019 | 9/18/2019 | 136 | $85.25 | 7120 Mailing Services |
| Armstrong Enterprise Comm | 10/1/2019 | 10/1/2019 | 123 | $772.00 | 6500 Website |
| Armstrong Enterprise Comm | 11/1/2019 | 11/1/2019 | 92 | $772.00 | 6500 Website |
| Cvent | 11/8/2019 | 11/8/2019 | 85 | $25.44 | 7550 Taxes & Licenses |
| TATE & TRYON | 12/1/2019 | 12/1/2019 | 62 | $10,000.00 | 6120 Accounting Services |
| TATE & TRYON | 12/10/2019 | 12/10/2019 | 53 | $6,000.00 | 6120 Accounting Services |
| Accrisoft Corporation | 1/1/2020 | 3/1/2020 | -29 | $295.00 | 6100 Professional Services |
| Arthur J. Gallagher Risk Management Services, I | 1/6/2020 | 1/6/2020 | 26 | $1,449.00 | 5160 Group Insurance/Empl Benefits |
| Armstrong Enterprise Comm | 1/6/2020 | 1/6/2020 | 26 | $772.00 | 6500 Website |
| SP Plus Corporation | 1/15/2020 | 2/1/2020 | 0 | $2,270.00 | 5175 Employee Parking/Commuting |
| Laser Line | 1/21/2020 | 2/5/2020 | -4 | $100.42 | 7000 Supplies |
| Allied Telecom Group LLC | 1/31/2020 | 3/1/2020 | -29 | $855.51 | 7230 Telecommunications |
| HDMK | 1/31/2020 | 1/31/2020 | 1 | $10,000.00 | 6100 Professional Services |
| Intrado Enterprise Collaboration, Inc. | 1/31/2020 | 1/31/2020 | 1 | $0.49 | 7230 Telecommunications |
| RSM US LLP | 1/31/2020 | 1/31/2020 | 1 | $10,000.00 | 6120 Accounting Services |
|  |  |  |  | **$44,169.11** |  |

| In re: Natural Products Association | Case No. 19-11849 |
|---|---|
| Debtor | Reporting Period: #REF! |

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---:|
| Total Accounts Receivable at the beginning of the reporting period | $0 |
| + Amounts billed during the period | 0 |
| - Amounts collected during the period | 0 |
| Bad debt expense write-off | 0 |
| Total Accounts Receivable at the end of the reporting period | $0 |

| Accounts Receivable Aging | Amount |
|---|---:|
| 0 - 30 days old | $0 |
| 31 - 60 days old | $0 |
| 61 - 90 days old | $0 |
| 91+ days old | $0 |
| Total Accounts Receivable | $0 |
| Amount considered uncollectible (Bad Debt) | $0 |
| Accounts Receivable (Net) | $0 |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|:---:|:---:|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | X |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | X | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | X | |
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | X |

MOR
(04/07)